UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   12-cr-00187-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FREDDY CASTRO-ALCON, a/k/a Gilbert Baca, Jr.,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, June 20, 2014,** and responses to these motions shall be filed by **Tuesday, July 1, 2014**.  It is

    FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, July 8, 2014, at 9:00 a.m. in courtroom A-1002**.  Finally, it is

    ORDERED that the parties shall promptly contact the Court if a hearing on motions or a final trial preparation conference needs to be set.

    Dated:  May 14, 2014.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL
                                SENIOR UNITED STATES DISTRICT JUDGE